IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN C. JOHNSON, ) | |
| ) | |
| Petitioner, ) | CASE NO. 3:10-0419 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| RICKY BELL, Warden, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a Certificate of Appealability under 28 U. S. C. § 2253(c).

This is the Final Order entered in this action.

It is so **ORDERED**.

**ENTERED** this  3rd  day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court.