IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN C. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 3:10-0419 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| RICKY BELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a Certificate of Appealability under 28 U. S. C. § 2253(c).

This is the Final Order entered in this action.

It is so **ORDERED**.

ENTERED this 3rd day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court.